IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EARL C. OGDEN,

    Plaintiff,

v.                                                   4:15cv361-WS/CAS

JULIE L. JONES,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed December 10, 2015. The magistrate judge recommends that the plaintiff's case be dismissed for failure to comply with court orders. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to comply with court orders.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The plaintiff's request (doc. 9) for additional time is DENIED.

DONE AND ORDERED this  7th  day of   January  , 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE